```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00635
    CLAUDIA MILLS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7789

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 01/15/2007 and was confirmed 04/30/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

    The case was dismissed after confirmation 08/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
QUANTUM SERVICING CORPOR  CURRENT MORTG         .00            .00            .00
QUANTUM SERVICING CORPOR  UNSECURED       NOT FILED            .00            .00
QUANTUM SERVICING CORPOR  MORTGAGE ARRE   23476.66             .00        4366.88
CAPITAL ONE AUTO FINANCE  SECURED VEHIC         .00            .00            .00
CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED            .00            .00
SCHOTTLER & ASSOCIATES    PRIORITY        NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         110.99             .00            .00
AMERICAN GENERAL FINANCE  UNSECURED         744.46             .00            .00
NICL LABORATORIES         UNSECURED       NOT FILED            .00            .00
DEPT OF WATER             UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED        1565.00             .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
COMCAST                   UNSECURED         829.13             .00            .00
AT&T BROADBAND            UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED            .00            .00
HOLY CROSS HOSPITAL       NOTICE ONLY     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         892.82             .00            .00
ILLINOIS ATTORNEY GENERA  UNSECURED        1589.00             .00            .00
MM PAYDAY EXPRESS         UNSECURED       NOT FILED            .00            .00
HOLY CROSS HOSPITAL       NOTICE ONLY     NOT FILED            .00            .00
PEOPLES ENERGY            NOTICE ONLY     NOT FILED            .00            .00
PEOPLES ENERGY            UNSECURED         141.24             .00            .00
RMA INC                   UNSECURED       NOT FILED            .00            .00
COMCAST CABLE COMMUNICAT  UNSECURED       NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         102.32             .00            .00
CITY OF CHICAGO DEPT OF   SECURED NOT I    1709.38             .00            .00
QUANTUM SERVICING CORPOR  CURRENT MORTG         .00            .00            .00
QUANTUM SERVICING CORPOR  SECURED NOT I   14989.39             .00            .00
QUANTUM SERVICING CORPOR  NOTICE ONLY     NOT FILED            .00            .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY      1,516.66                       1,516.66
TOM VAUGHN                TRUSTEE                                           436.46

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00635 CLAUDIA MILLS
```

```
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       6,320.00

PRIORITY                                                    .00
SECURED                                                4,366.88
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,516.66
TRUSTEE COMPENSATION                                     436.46
DEBTOR REFUND                                               .00
                          ---------------       ---------------
TOTALS                        6,320.00                 6,320.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
    Dated: 11/19/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

                          PAGE   2
        CASE NO. 07 B 00635 CLAUDIA MILLS